UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) |
| Plaintiff, | ) ) ) Civil Action No.: 1:13-cv-00337-TSB |
| vs. | ) ) Judge Timothy S. Black |
| CAO GROUP, INC., | ) ) |
| Defendant. | ) |

### STIPULATION AND ORDER OF DISMISSAL

Upon the consent of The Procter & Gamble Company ("P&G") and CAO Group, Inc. ("CAO"), the Court issues the following Stipulation and Order of Dismissal ("Order"):

This is an action by P&G on the following claims: (i) infringement of U.S. Patent No. 5,989,569; (ii) infringement of U.S. Patent No. 6,045,811; and (iii) infringement of U.S. Patent No. 7,122,199. CAO raised various defenses and counterclaims in this action.

This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338(a) and 2201–02. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b) because CAO, for purposes of this action, is subject to personal jurisdiction in this District and because P&G has availed itself of this Court.

P&G and CAO have agreed to settle their disputes in this action. P&G consents to dismissal with prejudice of all of its claims in this action. CAO consents to dismissal with prejudice of its defenses and counterclaims in this action.

WHEREFORE IT IS ORDERED that all claims and counterclaims in this action are hereby dismissed with prejudice. P&G and CAO shall each bear their own attorney fees and costs incurred in connection with this action.

Dated: December 15, 2014

/s/ Glenn V. Whitaker
Glenn V. Whitaker (0018169)
Eric W. Richardson (0066530)
Patrick M. Hagan (0079927)
VORYS, SATER, SEYMOUR AND
PEASE LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Telephone: (513) 723-4000
Facsimile: (513) 723-4056
Email: gvwhitaker@vorys.com
ewrichardson@vorys.com
pmhagan@vorys.com

Edgar R. Cataxinos (Utah State Bar #7162)
J. Jeffrey Gunn (Utah State Bar #10731)
TRASKBRITT, PC
230 South 500 East, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 532-1922
Fax: (801) 531-9168
ERCataxinos@traskbritt.com
JJGunn@traskbritt.com

*Counsel for Defendants*
*CAO Group, Inc.*

/s/ David M. Maiorana
David M. Maiorana, Ohio Bar 0071440
Susan M. Gerber, Ohio Bar 0070945
Kenneth S. Luchesi, Ohio Bar 0089926 (*PHV*)
John C. Evans, Ohio Bar 0081878
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dmaiorana@jonesday.com
smgerber@jonesday.com
kluchesi@jonesday.com
jcevans@jonesday.com

*Counsel for Plaintiff*
*The Procter & Gamble Company*

_____12/16/14_____
Date

/s/ Timothy S. Black
United States District Court Judge

2